| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 18 |
| BRENDAN MICHAEL O'BRIEN | * | September Term, 2025 |

## O R D E R

Upon consideration of the joint petition for indefinite suspension by consent, it is this 23rd day of October 2025, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the joint petition is granted; and it is further

ORDERED that, commencing on December 21, 2025, Brendan Michael O'Brien is suspended from the practice of law in Maryland for 30 days for violation of Rule 19-308.4(b) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk